EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KEY WEST DIVISION

CASE NO. 4:19-cv-10138-MORENO/LOUIS

LEEANNE YULE,

    Plaintiff

v.

OCEAN REEF COMMUNITY ASSOCIATION,
ORCAT, INC. and DAVID RITZ,

    Defendants.
_____/

**AFFIDAVIT OF INGRID H. PONCE IN SUPPORT OF
DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE
OF PRETRIAL DEADLINES AND TRIAL DATE**

STATE OF FLORIDA     )
                             ) SS:
COUNTY OF MIAMI-DADE    )

    BEFORE ME, the undersigned authority, personally appeared INGRID H. PONCE, who upon being duly sworn, deposes and states as follows:

    1.    I am counsel for Ocean Reef Community Association ("ORCA") in the above referenced matter. I, along with my partner, Robert S. Turk, have been lead counsel for ORCA in this matter since its filing.

    2.    Every November my family and I travel to Central Florida to visit my parents for the Thanksgiving holiday. This year the trip will be particularly special since we have not seen my parents since February 2020, due to the COVID-19 pandemic.

3.  Traditionally, we depart for the trip on the Tuesday before Thanksgiving returning either the Sunday or Monday following Thanksgiving. This year, we would be departing on November 24, 2020. I will not be back in the office until November 30, 2020, at the earliest, which is the day before the current deadline for the filing of ORCA's summary judgment motion.

4.  Under the existing deadlines set forth in the Court's Scheduling Order dated June 30, 2020 [D.E. 111], I will only have approximately one week after the close of discovery to complete drafting ORCA's summary judgment prior to leaving for this annual trip.

FURTHER AFFIANT SAYETH NAUGHT.

By: _____
INGRID H. PONCE

The foregoing instrument was acknowledged before me this 30th day of September, 2020 by Ingrid H. Ponce, who is personally known to me or who has produced a driver's license as identification and who did (did not) take an oath.

_____
Print or Stamp Name:
Notary Public, State of Florida at Large
Commission No.:
My Commission Expires:



ANA MORELL
MY COMMISSION # GG 310647
EXPIRES: March 27, 2023
Bonded Thru Notary Public Underwriters